1060

THE STATE OF WASHINGTON, *Respondent*, v. SIRAJ HASSAN HAJI-SOMO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-14199-6, Elizabeth J. Berns, J., entered October 17, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 72745-1-I. Division One. March 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN A. PEREZ REYES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01562-0, Michael T. Downes, J., entered November 20, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Lau, JJ.

[No. 72794-0-I. Division One. March 7, 2016.]

IDALIE MUÑOZ MUÑOZ, *Appellant*, v. MATTHEW J. BEAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-06613-9, Samuel Chung, J., entered October 24, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Trickey, JJ.

[No. 72950-1-I. Division One. March 7, 2016.]

FRED STEPHENS, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-2-03948-2, George N. Bowden, J., entered December 9, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Trickey, JJ.